UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE HOUSTON, | No. 2:13-cv-2306 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| F. FOULK, | |
| Respondent. | |

Petitioner has requested an extension of time to file a motion for certificate of appealability. Petitioner is advised that this court previously determined that a certificate of appealability shall not be issued. Order, filed September 2, 2014. Therefore, the request will be denied as moot. Petitioner is advised to seek a certificate of appealability with the Ninth Circuit Court of Appeals after he has filed a notice of appeal, which has not been filed, according to this court's docket.[1]

To the extent petitioner's filing can be construed as a request for extension of time in which to file a notice of appeal, it will be granted. See F.R.App.4(a)(5)(A). Petitioner may file a notice of appeal within thirty days of October 2, 2014, when the time for filing a notice of appeal expired.

---

[1] Petitioner is correct in stating that he filed a notice of appeal which was construed as objections. (ECF Nos. 19, 20.) Petitioner is informed that a notice of appeal is not effective until judgment has been entered.

1

Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time to file a certificate of appealability (ECF No. 23) is denied as moot; and

    2. Petitioner's filing of October 3, 2014 (ECF No. 23), is construed as a request for extension of time in which to file a notice of appeal, and is granted. Petitioner shall file a notice of appeal before November 3, 2014.

Dated: October 22, 2014

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE